1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  QUWONTE LOVELESS,                    Case No. CV 15-9009 SJO (SS)

12              Petitioner,

13       v.                                       **JUDGMENT**

14  DIRECTOR OF CDCR, et al.,

15              Respondent.

16

17       Pursuant to the Court's Order Denying Petitioner's Request

18  for Court to Hold Case in Abeyance, filed concurrently herewith,

19

20       IT IS HEREBY ADJUDGED that the above-captioned action is

21  dismissed without prejudice.

22

23  DATED:  December 16, 2015.

24                                        S. JAMES OTERO
                                          UNITED STATES DISTRICT JUDGE

25

26

27

28